UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| JAMES BARB, Individually and for Others Similarly Situated, | § § § § | Case No. 1:23-cv-00058-JPJ-PMS |
| Plaintiffs, | § § § | Jury Trial Demanded |
| v. | § § | Rule 23 Class Action |
| HEATH CONSULTANTS, INC., | § § § | FLSA Collective Action |
| Defendant. | § § § § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff James Barb ("Plaintiff" or "Barb") on behalf of himself and all others similarly situated (the "Class"), without opposition of Defendant Heath Consultants, Inc. ("Defendant" or "Heath") (collectively, the "Parties"), respectfully move the Court to 1) preliminarily certify the proposed Collective and Rule 23 Class identified below for the purpose of settlement; 2) approve the Collective Action Settlement Agreement ("Agreement") between the Parties; and 3) set a fairness hearing to address the same. A copy of the Agreement is attached as Exhibit 1 to this Motion. The proposed Collective is defined as:

> All individuals who worked for Heath as hourly Utility Locators who were subject to Heath's "ticket to ticket" and auto-deduct policy at any time from December 22, 2020 to present.

> The proposed Rule 23 class is defined as:

All individuals who worked for Heath as hourly Utility Locators in Virginia who were subject to Heath's "ticket to ticket" and auto-deduct policy at any time from August 21, 2021 to present.

If the Court grants preliminary approval, the Claims Administrator selected by the Parties will distribute the Notice of Settlement and accompanying forms to Collective and Class Members. A copy of the Notice to the Class and Collective is attached as Exhibits A and B to the Agreement. Once the Notice Period has concluded, the Parties will appear before the Court for final approval of the settlement.

This Motion is based on the accompanying Memorandum of Law, Declaration Richard Schreiber, Class Counsel, the associated exhibits, and the entire record of this action.

Respectfully submitted,

JAMES BARB, on behalf of himself and others similarly situated,

By Counsel

*/s/Richard M. Schreiber*
Michael A. Josephson (TSB No. 24014780)
Andrew Dunlap (TSB No. 24078444)
Richard Screiber (TSB No. 24056278)
Josephson Dunlap, LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
Phone: (713) 352-1100
Fax: (713) 352-3300
Email: mjosephson@mybackwages.com
Email: adunlap@mybackwages.com
Email: rschreiber@mybackwages.com

Richard J. (Rex) Burch, Esq.
Bruckner Burch, PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
Phone: (713) 877-8788
Fax:     (713) 877-8065
Email: rburch@brucknerburch.com

Harris D. Butler, III (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
Craig Curwood (VSB No. 43975)
Samantha Galina (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
Phone: (804) 648-4848
Email: harris@butlercurwood.com
Email: zev@butlercurwood.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2025, I electronically filed the foregoing document with

the clerk of the court using the electronic case filing system which will send notice of the same to all

counsel of record.

*/s/ Richard M. Schreiber*
**Richard M. Schreiber**