CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

November 26, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JAMES BARB, Individually and for Others Similarly Situated,** | § § § § | **Case No. 1:23-cv-00058-JPJ-PMS** |
| **Plaintiffs,** | § § § | |
| v. | § § | **Rule 23 Class Action** |
| **HEATH CONSULTANTS, INC.,** | § § § § § | **FLSA Collective Action** |
| **Defendant.** | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Before the Court is Plaintiff's Unopposed Motion for Preliminary Approval of Collective Action Settlement ("Motion"). The Court has reviewed the Motion, Memorandum in Support, Exhibits, and Settlement Agreement between Plaintiff, James Barb, and Defendant Heath Consultants, Inc. ("Heath" or "Defendant"). After reviewing Plaintiff's unopposed request for collective and class certification and preliminary approval, the Court grants the Motion, certifies the collective and class, and preliminarily concludes that the proposed Settlement is fair, reasonable, and adequate.

IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement is fair, reasonable, and adequate, subject to further consideration at the Final Approval Hearing described below.

2. The Court hereby preliminarily and conditionally approves and certifies, for settlement purposes, the following Settlement Collective:

>All persons who, at any time beginning August 21, 2021, to the Approval Date, are or were employed in Field Technician positions by Heath or any Heath brand.

3. The Court hereby preliminarily and conditionally approves and certifies, for settlement purposes, the following Settlement Class:

>All persons, who at any time beginning December 22, 2020, to the Approval Date, are or were employed in Field Technician positions in the State of Virginia by Heath or any Heath brand.

4. The Court reaffirms Plaintiff, James Barb, as the Settlement Class Representative.

5. The Court reaffirms Josephson Dunlap, Bruckner Burch and Butler Curwood, PLC as Class Counsel.

6. The Court appoints ILYM Group, Inc. as Class Administrator.

7. A Final Approval Hearing shall be hereafter scheduled and held before the Court for the following purposes:

   a. To determine whether the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and should be approved by the Court;

   b. To determine whether to grant Final Approval, as defined in the Settlement Agreement;

   c. To determine whether the notice plan as conducted was appropriate;

   d. To determine whether the claims process under the Settlement is fair, reasonable, and adequate and should be approved by the Court;

   e. To determine whether the requested Class Counsel's combined attorneys' fees should be approved by the Court; and

   f. To rule upon such other matters as the Court may deem appropriate.

8. The Court approves the form and content of the Notice plan set forth in the Settlement Agreement. Furthermore, the Court approves the proposed methods of mailing or distributing Notices substantially in the form presented in the exhibits to the Motion for Preliminary

Approval of the Collective Action Settlement, and the Court finds that such notice plan meets the requirements of Fed. R. Civ. P. 23, FLSA, and due process, is the best notice practicable under the circumstances, and shall constitute due and efficient notice to all persons or entities entitled to notice.

ENTER: November 26, 2025

_____
Honorable James P. Jones
Senior United States District Judge